JS-6

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN JOHNSON<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>CITY OF LONG BEACH, a Government Entity, DOES 1 to 10, Inclusive<br><br>　　　　Defendants. | Case No.: 2:15-CV-02201-PJW<br><br>Honorable Patrick J. Walsh<br><br>**ORDER RE JOINT STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE (FRCP 41(a)(1)(A)(ii))** |

## **ORDER**

IT IS HEREBY ORDERED that the case is dismissed with prejudice pursuant to the terms of the parties' Stipulation to Dismiss with Prejudice Under F.R.C.P. 41(a)(1)(A)(ii)), and the terms of the parties' Release and Settlement of Claims. The Court shall retain jurisdiction to enforce the terms of the settlement.

DATED: June 18, 2018

_____
Hon. PATRICK J. WALSH
United States Chief Magistrate Judge

1

**[PROPOSED] ORDER RE: JOINT STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE (FRCP 41)**